UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KINGRAY INC., et al.,                                         :
                              Plaintiffs,                     :   21 Civ. 7376 (LGS)
                                                              :
              -against-                                       :   ORDER
                                                              :
FARMERS GROUP INC., et al.,                                   :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, oral argument on Defendant's motion to dismiss is scheduled for February 23, 2022, at 3:30 p.m. (Dkt. No. 147.) It is hereby

**ORDERED** that, the February 23, 2022, oral argument is **ADJOURNED to March 9, 2022, at 3:30 p.m.** Oral argument will take place telephonically and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: February 4, 2022
       New York, New York

                                              _____
                                                    LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**