UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KINGRAY INC., et al.,

                        Plaintiffs,          21 Civ. 7376 (LGS)

         -against-                        ORDER

FARMERS GROUP INC., et al.,

                        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 18, 2022, Plaintiff filed a letter following the Second Circuit's denial of a petition requesting rehearing and/or rehearing en banc in *Kim-Chee LLC v. Phila. Indem. Ins. Co.*, No. 21-1082 (2d Cir. Mar. 16, 2022). In the letter, Plaintiff stated that it "reached out to Defendant to discuss a stipulation voluntarily dismissing this action without prejudice" and "expects that this matter will be dismissed within the next week." (Dkt. No. 154.)

WHEREAS, no notice of dismissal has been filed and oral argument on Defendant's pending motion to dismiss is scheduled for April 4, 2022. It is hereby

**ORDERED** that by **April 1, 2022**, the parties shall file a joint status letter, not to exceed two pages, which shall include any request to adjourn the April 4, 2022, oral argument.

Dated: March 31, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE